1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9    Kevin R. Rucks,                          No. CV12-1522 PHX DGC (MHB)

10                   Petitioner,              **ORDER**

11   v.

12   Charles L. Ryan, et al.,

13                   Defendants.

14          Petitioner Kevin R. Rucks has filed a petition for writ of habeas corpus pursuant to

15   28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Michelle H. Burns has issued a

16   report and recommendation ("R&R") recommending that the petition be denied and

17   dismissed with prejudice.  Doc. 17.  No objection has been filed, which relieves the Court

18   of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);

19   *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114,

20   1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

21          **IT IS ORDERED:**

22          1.      The R&R (Doc. 17) is **accepted**.

23          2.      The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed**

24   **with prejudice**.

25          3.      Petitioner's motion to include additional materials in petition for writ of

26   habeas corpus and for Court's assistance in obtaining additional material (Doc. 5) is

27   **denied**.

28          4.      Petitioner's motion for discovery (Doc. 11) is **denied**.

5.      Petitioner's motion to include additional materials to petition (Doc. 15) is **denied**.

6.      Petitioner's motion to add Amicus Curiae Brief to petition (Doc. 12) is **denied as moot**.

7.      Petitioner's motion for clarification (Doc. 18) is **denied as moot**.

8.      A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied***

9.      The Clerk is directed to **terminate** this action.

Dated this 25th day of March, 2013.

_____
David G. Campbell
United States District Judge